# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANGELICA FRANCIS TRUST, MARK WINKLER AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ERIC C. DUTRA, and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No.: 20cv2122 DMS (MDD)<br><br>**ORDER GRANTING MOTION TO REMAND** |

This case comes before the Court on Plaintiff's motion to remand. Defendant did not file an opposition to the motion, and the time for doing so has expired. For the reasons set out in Plaintiff's motion, the Court grants the motion and remands this unlawful detainer case to state court. Plaintiff's request for attorney's fees and costs is respectfully denied.

**IT IS SO ORDERED**.

Dated:  December 31, 2020

Hon. Dana M. Sabraw
United States District Judge